**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LACLAIRE, KATHLEEN M. | § | Case No. 09-70638 |
| | § | |
| DUBACH, KATHLEEN M. | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $172,210.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,968.99 | Claims Discharged Without Payment: $145,074.69 |
| Total Expenses of Administration: $5,034.79 | |

3) Total gross receipts of $ 7,003.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,003.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $197,570.00 | $195,547.15 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,034.79 | 5,034.79 | 5,034.79 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 134,918.14 | 124,028.68 | 124,028.68 | 1,968.99 |
| **TOTAL DISBURSEMENTS** | $332,488.14 | $324,610.62 | $129,063.47 | $7,003.78 |

    4) This case was originally filed under Chapter 7 on February 26, 2009. The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/26/2012          By: /s/JAMES E. STEVENS
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Divorce settlement agreement requires ex-husband | 1129-000 | 7,000.00 |
| Interest Income | 1270-000 | 3.78 |
| **TOTAL GROSS RECEIPTS** | | **$7,003.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Wells Fargo Financial Illinois Inc | 4110-000 | 197,570.00 | 195,547.15 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$197,570.00** | **$195,547.15** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,450.38 | 1,450.38 | 1,450.38 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,828.50 | 2,828.50 | 2,828.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 580.00 | 580.00 | 580.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.60 | 6.60 | 6.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.90 | 5.90 | 5.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 13.41 | 13.41 | 13.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,034.79 | 5,034.79 | 5,034.79 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 11,648.00 | 11,647.65 | 11,647.65 | 184.92 |
| 2 | Recovery Management Systems Corporation | 7100-000 | 47,501.00 | 48,726.06 | 48,726.06 | 773.54 |
| 3 | Recovery Management Systems Corporation | 7100-000 | 6,048.00 | 6,087.45 | 6,087.45 | 96.64 |
| 4 | Roundup Funding, LLC | 7100-000 | 3,016.00 | 3,016.31 | 3,016.31 | 47.88 |
| 6 | Sprint Nextel Correspondence | 7100-000 | 89.14 | 90.37 | 90.37 | 1.43 |
| 7 | American Express Centurion Bank | 7100-000 | 16,331.00 | 16,331.28 | 16,331.28 | 259.26 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 13,759.00 | 13,758.82 | 13,758.82 | 218.43 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 13,511.00 | 13,198.39 | 13,198.39 | 209.53 |
| 10 | PRA Receivables Management, LLC | 7100-000 | N/A | 11,172.35 | 11,172.35 | 177.36 |
| NOTFILED | Fia Csna | 7100-000 | 4,994.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Family Physicians | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Bally Total Fitness | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 10,909.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 290.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepard Hospital | 7100-000 | 206.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rs - Walter E. Smithe | 7100-000 | 6,038.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepard Hospital | 7100-000 | 206.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 134,918.14 | 124,028.68 | 124,028.68 | 1,968.99 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70638  **Trustee:** (330420) JAMES E. STEVENS
**Case Name:** LACLAIRE, KATHLEEN M.  **Filed (f) or Converted (c):** 02/26/09 (f)
 **§341(a) Meeting Date:** 04/02/09
**Period Ending:** 04/26/12  **Claims Bar Date:** 08/12/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 907 Old Oak Circle, Algonquin, IL Divo, agreemen | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Wallet cash. | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chest of Drawers and bookshelf and virtually not | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Divorce settlement agreement requires ex-husband File is date ahead until January 31, 2011 for $7,000.00 final payment from former husband | 14,000.00 | 14,000.00 | | 7,000.00 | FA |
| 7 | 1999 Jeep Cherokee (damaged in accident) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.78 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$186,210.00** | **$14,000.00** | | **$7,003.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2011        **Current Projected Date Of Final Report (TFR):**    February 6, 2012  (Actual)

Printed: 04/26/2012 08:15 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-70638  
**Case Name:** LACLAIRE, KATHLEEN M.  
**Taxpayer ID #:** **-***0177  
**Period Ending:** 04/26/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****86-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/09 | {6} | M. Dubach | marital settlement payment | 1129-000 | 7,000.00 | | 7,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 7,000.07 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 7,000.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 7,000.60 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,000.91 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 7,000.95 |
| 04/06/10 | | Wire out to BNYM account 9200******8665 | Wire out to BNYM account 9200******8665 | 9999-000 | -7,000.95 | | 0.00 |

| | | | | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | -7,000.95 | 0.00 | |
| | | | | **Subtotal** | **7,000.95** | **0.00** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$7,000.95** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70638  
**Case Name:** LACLAIRE, KATHLEEN M.

**Taxpayer ID #:** **-***0177  
**Period Ending:** 04/26/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-65 - Checking Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | 9999-000 | 7,000.95 | | 7,000.95 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 7,001.28 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 7,001.70 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-70638, Bond #016018067 | 2300-000 | | 6.60 | 6,995.10 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 6,995.50 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 6,995.92 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 6,996.33 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.38 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.43 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.48 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.53 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.58 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.63 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.68 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.73 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,996.78 |
| 05/31/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-70638, Bond #016018067 | 2300-000 | | 5.90 | 6,990.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,990.93 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,990.98 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.41 | 6,977.57 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,977.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,952.62 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,952.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,927.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,927.72 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,902.72 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,902.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,877.77 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,877.82 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,852.82 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,852.87 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,827.87 |

Subtotals :    $7,003.78    $175.91

{} Asset reference(s)

Printed: 04/26/2012 08:15 AM    V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-70638  
**Case Name:** LACLAIRE, KATHLEEN M.  

**Taxpayer ID #:** **-***0177  
**Period Ending:** 04/26/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-65 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/12 | 11003 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,828.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,828.50 | 3,999.37 |
| 03/14/12 | 11004 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $580.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 580.00 | 3,419.37 |
| 03/14/12 | 11005 | JAMES E. STEVENS | Dividend paid 100.00% on $1,450.38, Trustee Compensation; Reference: | 2100-000 | | 1,450.38 | 1,968.99 |
| 03/14/12 | 11006 | DISCOVER BANK | Dividend paid 1.58% on $11,647.65; Claim# 1; Filed: $11,647.65; Reference: | 7100-000 | | 184.92 | 1,784.07 |
| 03/14/12 | 11007 | Recovery Management Systems Corporation | Dividend paid 1.58% on $48,726.06; Claim# 2; Filed: $48,726.06; Reference: | 7100-000 | | 773.54 | 1,010.53 |
| 03/14/12 | 11008 | Recovery Management Systems Corporation | Dividend paid 1.58% on $6,087.45; Claim# 3; Filed: $6,087.45; Reference: | 7100-000 | | 96.64 | 913.89 |
| 03/14/12 | 11009 | Roundup Funding, LLC | Dividend paid 1.58% on $3,016.31; Claim# 4; Filed: $3,016.31; Reference: | 7100-000 | | 47.88 | 866.01 |
| 03/14/12 | 11010 | American Express Centurion Bank | Dividend paid 1.58% on $16,331.28; Claim# 7; Filed: $16,331.28; Reference: | 7100-000 | | 259.26 | 606.75 |
| 03/14/12 | 11011 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 1.58% on $13,758.82; Claim# 8; Filed: $13,758.82; Reference: | 7100-000 | | 218.43 | 388.32 |
| 03/14/12 | 11012 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 1.58% on $13,198.39; Claim# 9; Filed: $13,198.39; Reference: | 7100-000 | | 209.53 | 178.79 |
| 03/14/12 | 11013 | PRA Receivables Management, LLC | Dividend paid 1.58% on $11,172.35; Claim# 10; Filed: $11,172.35; Reference: | 7100-000 | | 177.36 | 1.43 |
| 03/14/12 | 11014 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.43 | 0.00 |

|  |  |  | ACCOUNT TOTALS | | 7,003.78 | 7,003.78 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 7,000.95 | 0.00 | |
| | | | **Subtotal** | | **2.83** | **7,003.78** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.83** | **$7,003.78** | |

{} Asset reference(s)                                                                                  Printed: 04/26/2012 08:15 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-70638
**Case Name:** LACLAIRE, KATHLEEN M.

**Taxpayer ID #:** **-***0177
**Period Ending:** 04/26/12

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******86-65 - Checking Account
**Blanket Bond:** $372,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****86-65 | 7,000.95 | 0.00 | 0.00 |
| Checking # 9200-******86-65 | 2.83 | 7,003.78 | 0.00 |
|  | $7,003.78 | $7,003.78 | $0.00 |

{} Asset reference(s)

Printed: 04/26/2012 08:15 AM    V.12.57